Case 2:12-sw-00697-DAD   Document 2   Filed 10/24/12   Page 1 of 1

**FILED**
OCT 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:           )
                                          )   2:12-SW-0697-DAD
1914 CHAPARRAL WAY,                       )
STOCKTON, CALIFORNIA 95209                )   ORDER RE: REQUEST TO SEAL
                                          )   DOCUMENTS
                                          )
                                          )   **UNDER SEAL**
                                          )
                                          )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: October 24, 2012

_____
DALE A. DROZD
United States Magistrate Judge

1