FILED

JAN 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

1914 Chaparral Way
Stockton, CA

CASE NO. 2:12-SW-0697 DAD

[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 1-22-2015

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge